UNITED STATES of America,
Plaintiff–Appellee,

v.

Lanelle Jermaine JACKSON,
Defendant–Appellant.

No. 06–16607
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 10, 2007.

Sidney M. Harrell, Jr., Mobile, AL, for Defendant–Appellant.

Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Sidney M. Harrell, Jr., appointed counsel for Lanelle Jermaine Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and sentence are **AFFIRMED**.